IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION                                                                  PLAINTIFF

v.                                         Case No. 6:18-cv-6089

HAPPY VALLEY, LLC d/b/a/ HAPPY
VALLEY NURSING AND REHABILITATION                                                DEFENDANT

## **ORDER**

Before the Court is Plaintiff Equal Employment Opportunity Commission's Motion for Stay and Extensions. (ECF No. 14). The Court is informed that the motion is unopposed. The Court finds the matter ripe for consideration.

On September 14, 2018, Plaintiff filed this action. On December 21, 2018, federal government appropriations lapsed and, accordingly, Plaintiff shut down. On December 26, 2018, Plaintiff filed the instant motion, stating that it is prohibited by the Antideficiency Act, 31 U.S.C. § 1341 et seq., from litigating this matter during the government shutdown. Thus, Plaintiff asks the Court to stay this case and all deadlines for the duration of the government shutdown.[1]

Upon consideration, the Court finds that good cause has been shown for the motion. Accordingly, Plaintiff's motion (ECF No. 14) is hereby **GRANTED**. This case is hereby **STAYED** for the pendency of the government shutdown. Plaintiff shall file a motion to reopen the case **within fourteen (14) days** of the resolution of the government shutdown. Plaintiff also may, at that time, ask the Court to extend or reset deadlines.

**IT IS SO ORDERED**, this 7th day of January, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] The Court has not yet issued a Final Scheduling Order in this case. However, the parties' Rule 26(f) conference must be held by January 21, 2019, and their joint Rule 26(f) report is due by February 15, 2019. The trial of this matter is currently set for the week of December 16, 2019.